```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
NAVIG8 SHIP MANAGEMENT PTE LTD.,     :
SINGAPORE,                           :
                                     :
              Plaintiff,             :
                                     :   08 Civ. 10312 (JSR)
         -v-                         :
                                     :        ORDER
ST SHIPPING AND TRANSPORT PTE. LTD., :
SINGAPORE,                           :
                                     :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    By letter dated January 26, 2009, parties in the above-captioned matter notified the Court that arbitration proceedings have commenced in London. Accordingly, the Court hereby directs the Clerk of the Court to place this case on the Suspense Docket on the condition that counsel for the parties, jointly or severally, send a letter report to the Court every three months beginning April 15, 2009, informing the Court of the status of the matter.

    SO ORDERED.

Dated: New York, New York  
       February 2, 2009

                                        JED S. RAKOFF, U.S.D.J.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2-2-09